IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Crim. No. 19-101-LPS |
| | ) | |
| AARON DAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

At Wilmington this **17th** day of **November, 2020**, for the reasons stated in court November 16, 2020,

IT IS HEREBY ORDERED that:

1. The Jury Trial is **CONTINUED**.

2. The government shall file a joint status report on or before **November 30, 2020.**

3. A telephone conference is scheduled to commence on **Tuesday, December 1, 2020** at **1:45 p.m.**, with the government coordinating the call.

4. The time from the date of this order until the teleconference is excluded under the Speedy Trial Act, because the ends of justice served by the delay outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A)

_____
UNITED STATES DISTRICT JUDGE