

# U.S. Department of Justice

*United States Attorney*
*District of Delaware*

*The Hercules Building*
*1313 N. Market Street, Suite 400*
*P. O. Box 2046*
*Wilmington, Delaware  19899-2046*

*(302) 573-6277*
*FAX (302) 573-6220*

May 4, 2021

The Honorable Chief Judge Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street
Unit 26, Room 6124
Wilmington, DE 19801-3555

      RE:    *United States v. Davis*, 19-cr-00101-LPS

Dear Chief Judge Stark:

      We write to seek the Court's clarification regarding the trial schedule in this matter.  This case is scheduled to go to trial with jury selection beginning on July 8, 2021.  We were recently informed, however, that another matter, *United States v. Titus*, is scheduled to begin a three-week jury trial on July 6, 2021.  *See* Exhibit A, Titus Scheduling Order ¶ 1.  It is our understanding that consistent with the Court's 9-1-2020 Standing Order, the District is currently in Phase 2 of its Re-Opening Guidelines and is thus conducting only one jury trial at a time.  Exhibit B, Standing Order ¶ 5.  The Government and Defendant's counsel wish to apprise the Court of this potential issue and respectfully request a teleconference with the Court during the week of May 16 to address any scheduling conflicts.

      Respectfully submitted,

      DAVID C. WEISS
      United States Attorney

BY:  */s/ Shamoor Anis*
      Shamoor Anis
      Assistant United States Attorney