IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 19-cr-101(LPS) |
| | ) |
| AARON DAVIS, | ) |
| | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

Having reviewed the Government's Motion to Continue the Trial Date, and all related filings, **IT IS HEREBY ORDERED** that:

1. The pretrial conference scheduled for June 21, 2021, is continued to _____; and

2. Trial will begin with jury selection continued to _____.

DENIED without prejudice to renew by no later than June 15, 2021 at 5:00 p.m.

Date: 6/14/2021

_____
UNITED STATES DISTRICT JUDGE