# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) Criminal Action No. 19-cr-101(LPS) |
| | ) |
| AARON DAVIS, | ) |
| | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

NOW COMES the United States of America, by and through its attorneys, David C. Weiss, United States Attorney for the District of Delaware, and Shamoor Anis, Assistant United States Attorney for the District of Delaware, and hereby submits the following:

1. On June 17, 2021, the Court ordered the parties to meet and confer and submit a joint status report on June 21, 2021, identifying any disputes relating to whether witnesses will testify live in-court or remotely. D.I. 99 at 7. The Court further ordered the parties to propose a plan for briefing and resolving any such disputes as soon as possible. *Id.*

2. As the Government noted in its renewed Motion to Continue the Trial Date, two of the government's witnesses are unable to travel due to underlying health issues. D.I. 97 n. 1. The parties have conferred regarding these witnesses' testimony. Defendant opposes the government's request to either depose these witnesses pursuant to Federal Rule of Criminal Procedure 15 or to allow these witnesses to testify remotely during trial.[1]

3. The parties propose the following briefing schedule to present this issue to the Court:

    a. Government's Opening Brief – June 28, 2021

    b. Defendant's Response Brief – July 6, 2021

---

[1] The parties are attempting to resolve this dispute but propose the briefing schedule below in the event that they are unsuccessful.

    c. Government's Reply Brief – July 9, 2021.

4. A proposed order follows.

                                    Respectfully submitted,

                                    DAVID C. WEISS
                                  United States Attorney

                    By: /s/ *Shamoor Anis*
                            Shamoor Anis
                            Assistant United States Attorney

Dated: June 21, 2021

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>)<br>v.    )<br>)<br>AARON DAVIS,   )<br>)<br>Defendant.   ) | Criminal Action No. 19-cr-101(LPS) |

### **[PROPOSED] ORDER**

Having reviewed the parties June 21, 2021 Joint Status Report, IT IS HEREBY ORDERED that:

1. The Government shall file its opening brief relating to its witnesses' remote testimony no later than June 28, 2021;

2. Defendant shall file his response brief no later than July 6, 2021; and

3. The Government shall file its reply brief no later than July 9, 2021.

_____
**UNITED STATES DISTRICT JUDGE**