

# U.S. Department of Justice

*United States Attorney*
*District of Delaware*

---

*The Hercules Building*
*1313 N. Market Street, Suite 400*
*P. O. Box 2046*  *(302) 573-6277*
*Wilmington, Delaware  19899-2046*  *FAX (302) 573-6220*

August 6, 2021

**VIA CM/ECF and Hand Delivery**
The Honorable Leonard P. Stark
J. Caleb Boggs Federal Building
844 N. King Street, Unit 26
Room 6124
Wilmington, DE 19801-3555

      **RE:**   *US v. Aaron Davis*
             **19-CR-00101-LPS**

Dear Judge Stark:

At the August 4, 2021 Pretrial Conference, the Court ordered the parties to confer and provide the Court with a proposed algorithm by August 6 regarding potentially striking jurors based on their responses to the Court's COVID questionnaire. The parties have conferred, and their positions are set forth below. The Court also ordered the Government to address certain issues relating to its witnesses' testimony prior to trial. Those issues are also discussed below.

1. **COVID Questionnaire Algorithm**

Defendant proposes that any potential juror who responds "YES" to Question 1, 2, or 3, be automatically excluded from the jury pool. This precaution will primarily benefit other members of the jury pool by reducing the risk that they are exposed to the COVID-19 virus. The Government has no objection to this proposal.

The parties do not recommend any other automatic exclusions.

2. **Witness Issues**

    a. **Testifying without a mask**: In light of the precautions taken by the Court to ensure witness safety, including the plexiglass enclosure and physical separation of the witness stand from other individuals, all of the Government's witnesses have confirmed that they are comfortable testifying without a mask on.

b. **Remote victim witness coordinators**: The Government anticipates that witnesses R.S. and L.H. will testify remotely from the Northern District of Indiana and the Eastern District of California respectively. The Government provided the following instructions from the Court to the victim witness coordinators in each district:

> *As a victim witness coordinator, your role is to serve as a facilitator in this process. You are to assist the witness with technology for remote connection with the Court and assist with witness exhibits as needed.*
>
> *During the witness's testimony, you are to be seated behind him or her out of the witness's line of sight and may not provide any substantive assistance with his or her testimony. You may not interact with the witness during his or her testimony unless prompted by the Court or counsel.*

Coordinators Senta Parker (EDCA) and Morgan Swistek (NDIN) have both confirmed that they will comply with these instructions.

c. **D.S.'s attorney**: Witness D.S. is represented by attorney Conor O'Daniel. Mr. O'Daniel has confirmed that he intends to be present in the courtroom during D.S.'s testimony. Mr. O'Daniel has also requested that he have an opportunity to speak with the Court the morning of D.S.'s testimony, which the Government currently expects will be on Wednesday, August 25. However, Mr. O'Daniel does not anticipate making any objections during D.S.'s testimony.

If the Court would like to discuss any of these issues further, the parties are available at the Court's convenience.

        Respectfully submitted,

        DAVID C. WEISS
        United States Attorney

BY: /s/ *Shamoor Anis*
      Shamoor Anis
      Christopher R. Howland
      Assistant United States Attorney
      1313 N. Market Street
      P.O. Box 2046
      Wilmington, Delaware 19899-2046
      Telephone 302-225-9414
      Facsimile 302-573-6431
      Shamoor.Anis@usdoj.gov